FILED
SEP 28 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case Number: 21-CR-50024
Case Name: U.S. v. Robert Carter & Sirreginald McGuire

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐ YES ☒ If the answer is "Yes", list the case number and title of the earliest filed complaint:
   U.S. v. Robert Carter, 21-CR-50024

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO ☐ YES ☒ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   U.S. v. Robert Carter, 21-CR-50024

3) Is this a re-filing of a previously dismissed indictment or information? NO ☒ YES ☐ If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO ☒ YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? NO ☒ YES ☐

6) What level of offense is this indictment or information? FELONY ☒ MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?** NO ☒ YES ☐

8) Does this indictment or information include a conspiracy count? NO ☒ YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide ........ (II) | ☐ Income Tax Fraud ........ (II) | ☐ DAPCA Controlled Substances ...(III) |
   | ☐ Criminal Antitrust ........ (II) | ☐ Postal Fraud ........ (II) | ☐ Miscellaneous General Offenses. (IV) |
   | ☐ Bank robbery ........ (II) | ☒ Other Fraud ........ (III) | ☐ Immigration Laws ........ (IV) |
   | ☐ Post Office Robbery ........ (II) | ☐ Auto Theft ........ (IV) | ☐ Liquor, Internal Revenue Laws ... (IV) |
   | ☐ Other Robbery ........ (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws ........ (IV) |
   | ☐ Assault ........ (III) | ☐ Forgery ........ (III) | ☐ Motor Carrier Act ........ (IV) |
   | ☐ Burglary ........ (IV) | ☐ Counterfeiting ........ (III) | ☐ Selective Service Act ........ (IV) |
   | ☐ Larceny and Theft ........ (IV) | ☐ Sex Offenses ........ (II) | ☐ Obscene Mail ........ (III) |
   | ☐ Postal Embezzlement ........ (IV) | ☐ DAPCA Marijuana ........ (III) | ☐ Other Federal Statutes ........ (III) |
   | ☐ Other Embezzlement ........ (III) | ☐ DAPCA Narcotics ........ (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    Title 18, United States Code, Sections 1028A(a)(1), 1341, 1343 and 1957

    _Scott R. Paccagnini_ (signature)
    SCOTT R. PACCAGNINI
    Assistant United States Attorney

(Revised 11/13)