UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 21 CR 50024-2 |
| vs. | ) | |
| | ) | Magistrate Judge Lisa A. Jensen |
| SIRREGINALD MCGUIRE | ) | |

**STATUS REPORT**

Per this Court's April 4, 2022 order, counsel for the government and the defendant submit the following status:

Since the last status report, defense counsel has continued to review the discovery and confer with the defendant. Defense counsel previously provided the defendant with a copy of the proposed plea agreement. While defense counsel has previously met with the defendant, defense counsel plans to do so again to discuss the discovery and the proposed plea agreement. The parties request 60 days so defense counsel can continue to review the discovery and meet with the defendant to discuss the discovery and the proposed plea agreement. Defense counsel reserves the right to file pretrial motions. The parties agree to the exclusion of time under 18 U.S.C. § 3161(h)(7) through the next scheduled date.

Jointly submitted by:

/s/ *Mark Byrd*                                      6/6/2022
MARK BYRD                                            DATE
Attorney for SirReginald McGuire

/s/ *Scott Paccagnini*                               6/6/2022
SCOTT PACCAGNINI                                     DATE
Assistant United States Attorney

## CERTIFICATE OF FILING AND SERVICE

I, SCOTT PACCAGNINI, certify that on June 6, 2022, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## STATUS REPORT

was served pursuant to the district court's ECF system as the ECF filers.

                                                           */s/ Scott Paccagnini*
                                                         SCOTT PACCAGNINI
                                                         Assistant United States Attorney
                                                         327 South Church Street, Suite 3300
                                                         Rockford, IL 61101
                                                         (815) 987-4444